

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00493-CV

Bruce Lee **BECKER**,
Appellant

v.

Pedro **BECKER** and Manuela Becker,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2016-CV-04644
Honorable Jason Wolff, Judge Presiding

## O R D E R

On November 16, 2017, this court received appellant's brief. The brief violates Texas Rule of Appellate Procedure 38 in that it does not (1) include record references in the statement of facts; (2) include appropriate citations to the record in the argument; (3) include a conclusion stating the nature of the relief sought; and (4) contain an appendix including copies of the text of the statutes or constitutional provisions on which the argument is based. *See* TEX. R. APP. P. 38.1. While substantial compliance with Rule 38 is sufficient, this court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See* TEX. R. APP. P. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38.

In addition, the brief violates Texas Rule of Appellate Procedure 9.4 because (1) its text, for the most part, is single-spaced, not double-spaced; and (2) it fails to include a certificate of compliance stating the number of words in the document. *See* TEX. R. APP. P. 9.4.

**We, therefore, ORDER appellant to file an amended brief within fifteen (15) days from the date of this order. If the amended brief does not correct the violations, we may strike the brief and prohibit appellant from filing another.** *See* TEX. R. APP. P. 38.9(a); TEX. R. APP. P. 9.4(k); *see also id.* 42.3(c) (allowing dismissal of appellant's case if appellant fails to comply with a requirement of the Texas Rules of Appellate Procedure or an order of this court).

Additionally, on November 16, 2017, appellant filed objections to the "limited" clerk's record and reporter's record filed in this case. In his objections, appellant asks us to order the trial court "to make the entire record available for the Appeals Court review." **We DENY appellant's request.** Rules 34.5 and 34.6 of the Texas Rules of Appellate Procedure set out the procedures for requesting and supplementing the appellate record. *See* TEX. R. APP. P. 34.5(b),(c);34.6(b),(d).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2017.



_____
KEITH E. HOTTLE,
Clerk of Court